LAW OFFICES OF

# CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

May 26, 2009 **VIA ELECTRONIC FILING**



The Honorable James Robertson
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

      Re: Bain et al. v. Jackson et al.
          1:09-cv-826

Dear Judge Robertson:

      On Thursday, May 21, 2009, at approximately 10:55 PM, Plaintiffs filed a Motion for Preliminary Injunction, Immediate Accounting and Request for Expedited Hearing in the referenced case. We are unaware of the identity of Defendants' counsel so the motion was served on defendants by first class mail postage prepaid.

      In an effort to ensure that defendants receive notice of the motion as quickly as possible, the motion was also sent to defendants via Federal Express on May 22, 2009 and was received on May 23, 2009. A copy of the e-mail receipt for each defendant is attached.

      Plaintiffs submit that they have made every reasonable attempt to ensure that defendants have timely notice of the motion.

      If Your Honor has any questions or comments, please do not hesitate to contact the undersigned or any of the counsel of record in this matter.

Respectfully Submitted,

        /s/ Frederick Samuels
Frederick N. Samuels

FNS:std
Enclosures

ltjudgerobertson01_service.doc

MAURICE U. CAHN
ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE

FREDERICK N. SAMUELS
ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE

GEORGE A. METZENTHIN
ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE

WILLIAM E. BRADLEY
ADMITTED IN DC, VA AND
US PATENT & TRADEMARK OFFICE

COREY D. MACK
ADMITTED IN IL AND
US PATENT & TRADEMARK OFFICE

WARREN A. ZITLAU
ADMITTED IN DC, VA, PA, NY AND
US PATENT & TRADEMARK OFFICE

CHESTER L. JORDAN II
ADMITTED IN GA AND
US PATENT & TRADEMARK OFFICE

DUANE N. MOORE
ADMITTED IN MD AND
US PATENT & TRADEMARK OFFICE

1100 17TH STREET
NORTHWEST
SUITE 401
WASHINGTON, DC
20036-4650

202•331•8777
FAX: 202•331•3838
WWW.CAHNSAMUELS.COM

## Frederick N. Samuels

**From:** TrackingUpdates@fedex.com
**Sent:** Saturday, May 23, 2009 1:49 PM
**To:** frederick.samuels@cahnsamuels.com
**Subject:** FedEx Shipment 797620803847 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | CAHN & SAMUELS, LLP |
| Name: | FREDERICK N. SAMUELS |
| E-mail: | frederick.samuels@cahnsamuels.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Ship (P/U) date: | May 22, 2009 |
| Delivery date: | May 23, 2009 10:45 AM |
| Sign for by: | Signature release on file |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Residential Delivery |
| | For Saturday Delivery |
| Tracking number: | 797620803847 |

Shipper Information
FREDERICK N. SAMUELS
CAHN & SAMUELS, LLP
1100 17th Street, NW; SUITE 401
WASHINGTON
DC
US
20036

Recipient Information
null null
MJJ Productions, Inc.
562 Homewood Rd.
Los Angeles
CA
US
90049

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:48 PM CDT on 05/23/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the

5/26/2009

requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

## Frederick N. Samuels

**From:** TrackingUpdates@fedex.com
**Sent:** Saturday, May 23, 2009 1:46 PM
**To:** frederick.samuels@cahnsamuels.com
**Subject:** FedEx Shipment 797620784790 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | CAHN & SAMUELS, LLP |
| Name: | FREDERICK N. SAMUELS |
| E-mail: | frederick.samuels@cahnsamuels.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 1213.0002 |
| Ship (P/U) date: | May 22, 2009 |
| Delivery date: | May 23, 2009 10:40 AM |
| Sign for by: | Signature release on file |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Residential Delivery |
| | For Saturday Delivery |
| Tracking number: | 797620784790 |

| Shipper Information | Recipient Information |
|---|---|
| FREDERICK N. SAMUELS | Michael J. Jackson |
| CAHN & SAMUELS, LLP | 100 N CAROLWOOD DR |
| 1100 17th Street, NW; SUITE 401 | LOS ANGELES |
| WASHINGTON | CA |
| DC | US |
| US | 90077 |
| 20036 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:45 PM CDT on 05/23/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

5/26/2009