IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
Raymone K. Bain, et al.            )
                                   )
Plaintiff                          )
                                   )
                                   )
vs.                                )   Civil Action No.: 1:09-cv-00826(JR)
                                   )
                                   )
Michael J. Jackson, et al.         )
                                   )
 Defendant                         )
_____)

**PLAINTIFFS' MOTION FOR THE DISQUALIFICATION
OF DEFENDANTS' COUNSEL**

Plaintiffs Raymone K. Bain ("Bain") and Davis, Bain & Associates ("DBA"), pursuant to DISTRICT OF COLUMBIA BAR RULES 1.7, 1.9, 1.10 and 3.7, respectfully move that the Court disqualify Messrs. L. Londell McMillan, Esq. and Frank C. Salzano, Esq., as well as the law firm of Dewey & LeBoeuf, LLP from continuing to represent Defendants Michael J. Jackson ("Jackson") and MJJ Productions ("MJJ") in the present action.

Plaintiffs' grounds for this motion as set forth in its Memorandum in Support, which is being filed under seal pending the Court's ruling on Plaintiffs' Motion to Seal filed contemporaneously herewith.

Plaintiffs' counsel met and conferred with Defendants' counsel telephonically pursuant to Local Rule 7(m) to resolve or narrow the issues. Defendants' counsel represented that it opposes Plaintiffs' motion.

|  |  |
|---|---|
|  | Respectfully submitted by |
|  | CAHN & SAMUELS, LLP<br>Attorneys for Plaintiffs |
| Dated: June 26, 2009 | /s/ Frederick N. Samuels, Esq<br>Frederick N. Samuels, Esq.<br>DC Bar No. 436202<br>Maurice U. Cahn, Esq.<br>DC Bar No. 382559<br>William E. Bradley, Esq.<br>1100 17th St., N.W., Ste. 401<br>Washington, D.C. 20036<br>(202) 331-8777 Phone<br>(202) 331-3838 FAX |